B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Ezgur, Michael | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-7262 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>2360 Woodpath Lane<br>Highland Park, IL<br>ZIP Code 60035 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Lake | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9         of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13       of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ■<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ■<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ■<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                   Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Ezgur, Michael |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____ (Name of landlord that obtained judgment) |
| _____ (Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Ezgur, Michael |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor  Michael Ezgur

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

January 11, 2011
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

Steven B. Chaiken, Esq. ARDC #6272045
Printed Name of Attorney for Debtor(s)

Adelman & Gettleman, Ltd.
Firm Name

53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604

Address

312-435-1050  Fax: 312-435-1059
Telephone Number

January 11, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b) and; (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## United States Bankruptcy Court
### Northern District of Illinois

In re    Michael Ezgur

_____
Debtor(s)

Case No. _____

Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    342

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    January 11, 2011
_____

_____
Michael Ezgur
Signature of Debtor

217 N. Jefferson Partners, LLC
217 N. Jefferson St.
1st Floor
Chicago, IL 60661

720 Clark Development LLC
217 N. Jefferson St.
1st Floor
Chicago, IL 60661

901 Madison Development, LLC
217 N. Jefferson St.
1st Floor
Chicago, IL 60661

901 Madison Retail LLC
217 N. Jefferson St.
1st Floor
Chicago, IL 60661

901 Madison, LLC
217 N. Jefferson
1st Floor
Chicago, IL 60661

A. John Goddard
A. John Goddard III, Estate Trust
P.O. Box 6127
Rockford, IL 61125

ABT Electronics, Inc.
1200 N. Milwaukee
Glenview, IL 60025

Adam Bland
5336 W. George Street
Skokie, IL 60077

Alan and Nora Orschel
510 Laurel Avenue
Wilmette, IL 60091

Alan R. Feldman
1141 Stratford Road
Deerfield, IL 60015

Alexander and Bella Prager
Prager Chiropractic Center
3719 Radcliffe Drive
Northbrook, IL 60062


Allan B. Muchin
525 W. Monroe Street, Suite 1600
Chicago, IL 60661-3693


Allen Joffe
Baum Realty Group
1030 W. Chicago Avenue #300
Chicago, IL 60622


Allen M. Putterman
161 E. Chicago Avenue, Apt. 43B
Chicago, IL 60611


Andrea Caffrey
c/o Paulette Gagliardo
730 Albany Avenue
Chicago, IL 60612


Andrew and Karen Gershon
Hennegan Company
2938 N. Hermitage Avenue
Chicago, IL 60657


Andrew and Susan Kramer
901 Stonegate
Highland Park, IL 60035


Andrew Hochberg
400 Skokie Blvd., Suite 800
Northbrook, IL 60062


Andy Salk
First Eagle Bank
1201 W. Madison St.
Chicago, IL 60607


Anne Pearlstein
c/o Ross Pearlstein - Miller Cooper & Co
1751 Lake Cook Road, Suite 400
Deerfield, IL 60015

Anthony F. Altimari
26W470 Churchill
Winfield, IL 60190

ARC Design Resources, Inc.
1475 S. Perryville Road
Rockford, IL 61108

ARK Partnership
c/o Paul Valente
100 Overland Drive
North Aurora, IL 60542

Arlene Stein Blatt
1127 Skokie Ridge Drive
Glencoe, IL 60022

Arnold Harris
ADH, LLC
1040 Entry Drive
Bensenville, IL 60106

AT&T
P.O. Box 5091
Chicago, IL 60661

Bank of America Platinum Business
FIA Card Services
P.O. Box 15019
Wilmington, DE 19820-5019

Bank of America Platinum Business
FIA Card Services
P.O. Box 15019
Wilmington, DE 19850-5019

Bank of America Platinum Business
P.O. Box 53123
Phoenix, AZ 85072-3123

Bank of America Platinum Business
P.O. Box 15184
Wilmington, DE 19850-5184

Bank of America, N.A.
c/o John Roberts, Esq.
Barack Ferrazzano Kirschbaum & Nagelberg
200 W. Madison St., Suite 3900
Chicago, IL 60606

Bank of America, N.A.
135 S. LaSalle St.
Chicago, IL 60603

Bank of America, N.A.
135 S. LaSalle Street, Suite 820
Chicago, IL 60606

Barry and Hope Sheppard
5235 Suffield Terrace
Skokie, IL 60077

Bender Family Irrevocable Trust
1224 Brook Lane
Glenview, IL 60025

Benjamin Bland
Unlimited Sound
7342 N. Keeler
Lincolnwood, IL 60712

Benjamin Caffrey
c/o Paulette Gagliardo
730 Albany Avenue
Chicago, IL 60612

Bernard Leviton
1839 N. Lincoln Avenue
Chicago, IL 60614

Bernie and Sharon Turek
2002 Royal Ridge Drive
Northbrook, IL 60062

Beus Gilbert
Attn: Steven Bienstock
4800 N. Scottsdale Road, Suite 6000
Scottsdale, AZ 85251

Beus Gilbert PLLC
4800 N. Scottsdale Road, Suite 6000
Scottsdale, AZ 85251


Bill and Patti Reed
60 Revere Dr., Suite 202
Northbrook, IL 60062


Bill Reed
637 S. Carlyle Lane
Arlington Heights, IL 60004


Bischoff Partners LLC
217 N. Jefferson St., 6th Floor
Chicago, IL 60661


Bonnie Barski
Jameson Realty Group
425 W. North Avenue
Chicago, IL 60610


Brad Handelman
Park Bluff Investors of Illinois, LLC
1200 S. 54th Avenue
Cicero, IL 60804


Brad Joselit
Rutledge Investment
360 W. Illinois, #601
Chicago, IL 60610


Brian and Katie Shifrin
2742 N. Dayton
Chicago, IL 60614


Brian and Nikki Gordon
2610 Lake Cood Road, Suite 250
Riverwoods, IL 60015


Bruce Black
11403 East Whispering Wind
Scottsdale, AZ 85262

Butler, Rosenbury & Partners, Inc.
319 N. Main Ave., Suite 200
Springfield, MO 65806

Carl Bronstein
BH Capital, LLC
2 Executive Drive, Suite 530
Fort Lee, NJ 07024

Carl Bronstein
BH Capital, LLC
224 Davison Place
Englewood, NJ 07631

Catherine Gagliardo
c/o Paulette Gagliardo
730 Albany Avenue
Chicago, IL 60612

Cecil and Feye Levy
8 Fox Tail Court
Riverwood, IL 60015

Chad and Hope Firsel
1400 W. 16th Street, 1st Floor
Oak Brook, IL 60523

Chappie Sartino
511 W. North Avenue
Chicago, IL 60610

Charles and Barbara Dubman
660 Ballantrae #B
Northbrook, IL 60062

Charles Huzenis
Jameson Realty Group
425 W. North Avenue
Chicago, IL 60610

Charlotte Braun
1221 Brook Lane
Glenview, IL 60025

Chase Home Finance, LLC
3415 Vision Dr.
Columbus, OH 43219-6009

Chase Home Loans
P.O. Box 9001871
Louisville, KY 40292

Cherry Valley Development, LLC
217 N. Jefferson
1st Floor
Chicago, IL 60611

CherryVale LLC
c/o Grant Linsky
850 W. Adams, Unit 4C
Chicago, IL 60607

CitiBusiness Card
P.O. Box 44180
Jacksonville, FL 32231-4180

CitiBusiness Card
P.O. Box 6235
Sioux Falls, SD 57117-6235

City of Lockport
222 E. 9th Street
Lockport, IL 60441-3497

Clean & Fresh Restoration, Inc.
1636 Rapids Drive
Racine, WI 53404

Cole Taylor Bank
111 West Washington Street
Chicago, IL 60602

Cole Taylor Bank
9550 W. Higgins Road
Des Plaines, IL 60018

Comcast
P.O. Box 3001
Southeastern, PA 19398-3001

Commonwealth Edison
P.O. Box 6111
Carol Stream, IL 60197-6111

Conde, Killoren, Bueschel & Calgaro
120 W. State St., Suite 300
Rockford, IL 61105-0219

Connie Gagliardo
730 Albany Avenue
Chicago, IL 60612

Copperstone Development LLC
217 N. Jefferson St.
Chicago, IL 60661

Corus Bank
3959 North Lincoln Avenue
Chicago, IL 60613

Dan and Bridget Blaise-Shamai
912 Park View Lane
Southlake, TX 76092

Dan DeNardis
939 Kings Lane
Glenview, IL 60025

David and Beth Levy
1046 Heatherfield Lane
Glenview, IL 60025

David Ascher
3033 W. Fletcher St.
Chicago, IL 60618

David Brown
Much Shelist
191 North Wacker Drive, Suite 1800
Chicago, IL 60606

David Ferri
320 Earl's Court
Deerfield, IL 60015

David Ferrino and David Ferrino Trust
10801 Buckingham Place
Concord, OH 44077

David Harris
Heights Glass
1040 Entry Drive
Bensenville, IL 60106

David J. Winer
3031 Hartzell Street
Wilmette, IL 60091

David M. Kushner
Paradigm Captial Group
380 Lexington Ave., Suite 2020
New York, NY 10168

David Nankin
1694 First Street
Highland Park, IL 60035

David Rousso
2340 Woodpath Lane
Highland Park, IL 60035

David Shaw and Lori Gordon
2422 N. Jansen
Chicago, IL 60614

David Wallach
8536 Country Club Trail
Scottsdale, AZ 85255

David Wallach
c/o Patzik, Frank & Samonty Ltd.
150 S. Wacker Dr., Suite 1500
Attn. Mark Z. Samonty
Chicago, IL 60606

David Winer
Winer & Winer
9 North County Street, Suite 100
Waukegan, IL 60085

Deephaven Capital Management LLC
130 Cheshire Lane, Suite 102
Minnetonka, MN 55305


Delicita Hudson
2718 Shadow Canyon Lane
Katy, TX 77494


Dell Business Credit
P.O. Box 5275
Carol Stream, IL 60197


Dell Finanical Services
P.O. Box 5292
Carol Stream, IL 60197


Denni David
2511 Wilmette Ave.
Wilmette, IL 60091


Department of Revenue
Collections Unit
City Hall, Room 107A
121 N. LaSalle Street
Chicago, IL 60602


Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


DFD CornoyerHedrick
2425 E. Camelback Road, Suite 400
Phoenix, AZ 85016


Diners Club
P.O. Box 6003
The Lakes, NV 88901-6003


Donald Schwartz
NLS General Partnership
5401 W. Fargo Avenue
Skokie, IL 60077

Dream Island, LLC
217 N. Jefferson St.
Chicago, IL 60661


DV 217 N. Jefferson
Attn: Jared Davis
3619 S. State St., Suite 400
Chicago, IL 60609


DV Urban Realty Partners
Attn: Jared Davis
3619 State St., 4th Floor
Chicago, IL 60609


Earl Rosenbaum
ABH Management
600 Central Avenue, Suite 380
Highland Park, IL 60035


ECI Investment Advisor Profit Sharing Pl
10801 E. Happy Valley Road
Scottsdale, AZ 85255


Edward Leshin
155 Janes Loop
Highwood, IL 60040


Edwin and Marlene Stetzer
410 Sherman
Glenview, IL 60025


Eileen and Richard Minow
1220 Rudolph Dr., Apt. 3G
Northbrook, IL 60062


Eric M. Maletsky
900 W. Jackson Boulevard, #4W
Chicago, IL 60607


Estate of Andrew M. Fischer
1180 Pine Street
Winnetka, IL 60093

Evan J. Winer
719 Emerson Street
Evanston, IL 60201


Federal Deposit Insurance Corp.
Receiver: Corus Bank, N.A.
1601 Bryan St.
Dallas, TX 75201


First Bank of Highland Park
Attn: Patrick Stallone
633 Skokie Blvd.
Suite 320
Northbrook, IL 60062


First Eagle Bank
Attn: Andy Salk
1040 East Lake Street
Hanover Park, IL 60133


First Equity Bank
Attn: Louis Kolom
3956 W. Dempster St.
Skokie, IL 60076


FOT Residences I, LLC
c/o Mitchell Roth
191 N. Wacker Dr., Suite 1800
Chicago, IL 60606


FOT Residences II, LLC
c/o Mitchell Roth
191 N. Wacker Dr., Suite 1800
Chicago, IL 60606


Frank Mitchell
115 Dupee Place
Wilmette, IL 60091


Fred and Beth Smithson
3240 N. Lake Shore Drive, Unit 14C
Chicago, IL 60657


Gabriel Gruber
31 Mohawk Road
Short Hills, NJ 07078

Gary and Jill Fuchs
5007 Dunvegan Road
Louisville, KY 40222


Gary and Susie Greenberg
800 Kimball Road
Highland Park, IL 60035


GBL Real Estate and Development Co., Inc
c/o Grant Linsky - Registered Agent
850 W. Adams St., Unit 4C
Chicago, IL 60607


GE Capital
P.O. Box 3093
Cedar Rapids, IA 52406


Getty Images
601 North 34th Street
Seattle, WA 98103


Graham O. Jones
45 Essex St.
Hackensack, NJ 07601


Graham O. Jones
2 Executive Drive
Fort Lee, NJ 07024


Grant Linsky
850 W. Adams St., Unit 4C
Chicago, IL 60607


Greer, Inc.
c/o Steven F. Rosen
400 W. Ontario, #807
Chicago, IL 60610


Greg Braun
2 N. LaSalle Street, Suite 1250
Chicago, IL 60602


Greg Braun
112 9th St.
Wilmette, IL 60091

Greg Eshoo
401 Washington Street
Glenview, IL 60025

Greg Moss
Krohn & Moss, Ltd.
120 W. Madison Street, 10th Floor
Chicago, IL 60602

Gregory M. White
CBK Realty Partnership
20 S. Clark Street, Suite 2310
Chicago, IL 60603

Gregory Moss
1948 Sunnyside
Highland Park, IL 60035

Guaranty Bank
P.O. Box 245014
Milwaukee, WI 53224

Hal Nagel
Peerless Rug Company
1427 Coral Parkway
Northbrook, IL 60062

Hal Wolken
3519 Woodland Lane
Long Grove, IL 60047

Harold Rider
Harold Rider Family Investments
928 W. Diversey Parkway
Chicago, IL 60614

Harry Huzenis
Jameson Realty Group
425 W. North Avenue
Chicago, IL 60610

Heather Hein
73 Venetian Way
Wheaton, IL 60187

Howard Hirsch
225 W. Hubbard Street, 5th Floor
Chicago, IL 60610

Howard Leon
3626 Radcliffe Drive
Northbrook, IL 60062

Howard Rickspoone
5117 WIlliam Fork Trail, Unit #206
Boulder, CO 80301

IKON Office Solutions
3920 Arkwright, Suite 400
Macon, GA 31210

Illinois Department of Revenue
Bankruptcy Section
Level 7-425
100 W. Randolph St
Addison, IL 60101

Illinois Dept. of Employment Security
Benefit Payment Control Division
P.O. Box 4385
Chicago, IL 60680

Indy Mac Bank, FSB
888 E. Walnut St.
Pasadena, CA 91101

Ira and Yvonne Rosenblatt
320 Forsythia Drive
Deerfield, IL 60015

Jack and Barbara Bender
1224 Brook Lane
Glenview, IL 60025

Jack Wagler
1539 Sterling Road
Charlotte, NC 28209

Jaeger Grand Plaza LLC
c/o Mark Joseph - registered agent
2 N. La Salle St., Suite 1300
Chicago, IL 60602


James and Bonnie Frisch
Jerome Group
1921 Cavell
Highland Park, IL 60035


James D. Geleerd
200 W. Madison Street, 37th Floor
Chicago, IL 60606


James D. Geleerd
260 Briar Lane
Highland Park, IL 60035


James L. Gaza
Honto, LLC
420 N. May Street
Chicago, IL 60622


James Lane
222 West Adams, 31st Floor
Chicago, IL 60606


Janet Harris
100 E. Bellevue Place, #31F
Chicago, IL 60611


Jason Neimark
5200 Town Center Circle, Suite 470
Boca Raton, FL 33486


Jason Peltz
Bartlit, Beck, Herman, Palencher & Scott
54 W. Hubbard Street, Suite 300
Chicago, IL 60610


Jay Lehrfeld
5358 Packard Street
Los Angeles, CA 90019

Jeff and Yvonne Hechtman
1018 Knoll Lane
Wilmette, IL 60091


Jeffrey Leon
1001 W. Madison, Unit 710
Chicago, IL 60607


Jeffrey Weiss
2405 Marymount Court
Louisville, KY 40242


Jerrold Ezgur
1016 Old Elm Place
Glencoe, IL 60022


Jerrold J. Ezgur
Jerrold J. Ezgur Ltd.
217 N. Jefferson Street, 6th Floor
Chicago, IL 60661


Jerrold J. Ezgur
217 N. Jefferson St.
6th Floor
Chicago, IL 60661


Jerry A. Jakimsen
Cosmopolitan Health Care Services, SC
3328 N. Harlem Avenue
Chicago, IL 60634


Jerry A. Jakimsen
900 N. Kingsbury, Apt. 880
Chicago, IL 60610


Jerry Jaeger
c/o Jaeger Equities, Ltd.
111 Pfingsten Road, Suite 111
Deerfield, IL 60015


Jerry Jaeger
3100 Dundee Road, Suite 901
Northbrook, IL 60062

Jim Field
10 S. LaSalle Street, Suite 2910
Chicago, IL 60603

Jim Woldenberg
Arbor Partners, LLC
620 Lakeview Parkway
Vernon Hills, IL 60061

Jody Williams
Castlewood Associates
4646 N. Greenview Avenue, #17
Chicago, IL 60640

Joe Jakubicek
224 W. Fairview Way
Palatine, IL 60067

Joel and Renay Bayer
1848 N. Orchard St.
Chicago, IL 60614

Joel Gettlemen
1030 N. Avenue
Deerfield, IL 60015

Joel Stender/Stender Trust
73 E. Elm St., Unit 8B
Chicago, IL 60611

Joel Tenner
910 Skokie Blvd., Suite 207
Northbrook, IL 60062

John Bareiss
3606 Dauphine Ave.
Northbrook, IL 60662

John Roselli
FR Madison Partners
440 W. Randolph Street, #500
Chicago, IL 60606

John Zagotta and Angela Lew
1101 S. State Street, #H503
Chicago, IL 60605


Jonathan P. Davis, P.C.
99 Park Avenue, Suite 1600
New York, NY 10016


Joseph Klett
372 Fallbrook
Schaumburg, IL 60194


Joseph Learner
Julien J. Studley, Inc.
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606


Joseph Learner
412 Orchard Lane
Highland Park, IL 60035


Keith Joseph
7724 Grandview Avenue
Tempe, AZ 85284


Ken Ross
11 Marywood Trail
Wheaton, IL 60187


Kenosha News
P.O. Box 1166
Northbrook, IL 60065


Kenosha Water Utility
4401 Green Bay road
Kenosha, WI 53144


Killian Western LLC
6510 N. 95th Ave.
Glendale, AZ 85305


Kurt and Linda I. Florian
26W141 MacArthur Avenue
Wheaton, IL 60188

Lake Forest Bank & Trust
Attn: Janice Nelson
727 N. Bank Lane
Lake Forest, IL 60045


Larry and Marcia Roth
1637 W. Wabansia
Chicago, IL 60622


Larry and Michelle Cutler
1812 McCraren Road
Highland Park, IL 60035


Lawrence E. Warner
3101 N. Western Avenue
Chicago, IL 60618


Lawrence Torch
Countrywide Home Loans
10955 E. Acoma Drive
Scottsdale, AZ 85255


Lee Slotnik
7650 120th Drive
Pompano Beach, FL 33076


Legacy Property Management Services, LLC
411 East Wisconsin Ave., Suite 2040
Milwaukee, WI 53202


Leibson McGrath Mankedick, LLC
Attn: Roger Mankedick
400 Skolie Blvd., Suite 590
Northbrook, IL 60062


Leonard T. Altimari
2701 N. Greenview, Unit C
Chicago, IL 60614


Levenfeld Pearlstein, LLC
Attn: Marc Joseph
2 N. LaSalle St., Suite 1300
Chicago, IL 60602

Linder Publishing
8541 E. Anderson Drive, Suite 103
Scottsdale, AZ 85255

Lisa Moran
Guy Carpenter & Co.
1 East Delaware, Unit 17C
Chicago, IL 60611

Loren and Vivian Kramer
Kramer Consulting Services, Inc.
206 Ivy Lane
Highland Park, IL 60035

Luke Caffrey
c/o Paulette Gagliardo
730 Albany Avenue
Chicago, IL 60612

Lynn Gruber
31 Mohawk Road
Short Hills, NJ 07078

Madison 901 Condo. Assoc.
c/o Ryan H. Shpritz - Registered Agent
750 Lake Cook Road, Suite 350
Buffalo Grove, IL 60089

Marc Roth
1371 Abbott Ct.
Buffalo Grove, IL 60089

Marcy Kahan
2720 Acacia Terrace
Buffalo Grove, IL 60089

Margie M. Goldblatt
1884 N. Maud Avenue
Chicago, IL 60614

Mariscal Weeks McIntyre & Friedlander PA
2901 N. Central Ave., Suite 200
Phoenix, AZ 85012

Mark A. Victor
2932 Wilshire Boulevard, Suite 202
Santa Monica, CA 90403

Mark and Michele Nachbar
1211 Somerset
Deerfield, IL 60015

Mark Bartelstein
Priority Sports
325 N. LaSalle, #650
Chicago, IL 60610

Mark Bischoff
217 N. Jefferson Street, Suite 600
Chicago, IL 60661

Mark Goldstick
325 N. LaSalle, Suite 650
Chicago, IL 60610

Mark Pollack
BH Capital, LLC
2 Executive Drive, Suite 530
Fort Lee, NJ 07024

Mark Pollack
225 Davison Place
Englewood, NJ 07631

Mark Trackman
6501 N. Lincoln
Lincolnwood, IL 60712

Martin Wolf
4000 Executive Parkway, Suite 515
San Ramon, CA 94583

Marvin Heiman
Heiman Properties, LLC
707 Lake Cook Road, Suite 100
Deerfield, IL 60015

Marvin Levine
Levine Construction
740 Waukegan Road, #400
Deerfield, IL 60015


Mary Corbett
771 Longmeadow Ct.
Carol Stream, IL 60188


McCormick Braun Friman LLC
Attn: Michael McCormick
2 N. LaSalle St., Suite 1250
Chicago, IL 60602


Mel Wolf
1196 Shady Hill Court
Flint, MI 48532


Mercury Credit Corp.
380 Lexington St., Suite 2020
New York, NY 10168


Michael and Judy Harris
7351 N. Keeler
Lincolnwood, IL 60712


Michael and Susan Hoffman
1766 Saunders Road
Riverwoods, IL 60015


Michael Bressler & Audrey Tatar
2613 N. Magnolia Avenue
Chicago, IL 60614


Michael Brown
34 Meadowview Drive
Northfield, IL 60093


Michael D. Weis, Esq.
P.O. Box 1166
Northbrook, IL 60065


Michael Friman
2 N. LaSalle Street, Suite 1250
Chicago, IL 60602

Michael Gagliardo
c/o Paulette Gagliardo
730 Albany Avenue
Chicago, IL 60612

Michael Leon and Andrea Muchin
3720 N. Lake Shore Drive
Chicago, IL 60613

Michael Lerner
MCZ Development Corp.
1555 N. Sheffield
Chicago, IL 60622

Michael Schnur
Guy Carpenter & Company, Inc.
2416 Marcy Avenue
Evanston, IL 60201

Michael Supera
2001 N. Halsted Street, Suite 301
Chicago, IL 60614

Midwest Bank
Attn: Robert Fliss
500 W. Chestnut St.
Hinsdale, IL 60521

Midwest Bank
Attn: Carrie Owen
501 W. North Ave.
Melrose Park, IL 60160

Mitchell Roth
c/o Much Shelist
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606

Modern Luxury Magazine
11 E. Adams St.
Chicago, IL 60603

Morris DeZara
Luna Carpet & Blinds
9827 W. Farragut
Rosemont, IL 60018

Moss Adams
8800 East Raintree Dr., Suite 210
Scottsdale, AZ 85260

Much Shelist
Attn: Mitchell Roth
191 N. Wacker Dr., Suite 1800
Chicago, IL 60606

Murray and Esther Gordon
2610 Lake Cook Road, Suite 250
Riverwoods, IL 60015

Nathan Torch
Central Seaway Company, Inc.
2460 Greenview
Northbrook, IL 60062

Nicole Drennen
209 E. 13th St.
Chicago, IL 60605

Nicor Gas Co.
c/o Paul Gracey, Jr. - Registered Agent
1844 Ferry Road
Naperville, IL 60563

Nicor Gas Co.
CBCS P.O. Box 163250
Columbus, OH 43216

Nordstrom
P.O. Box 79134
Phoenix, AZ 85062

North Bank
Attn: Paul Cassner
501 N. Clark St.
Chicago, IL 60610

Northshore Community Bank
Attn: Steve Bailen
1145 Wilmette Ave.
Wilmette, IL 60091

Ofer and Ronda Nisman
3955 Morgans Creek
San Antonio, TX 78230


Orleans Properties, LLC
Attn: Mitchell Roth
191 N. Wacker Drive
Chicago, IL 60606


Orrin Shifrin
Helix Funds
2 N. Riverside Plaza, Suite 1400
Chicago, IL 60606


Paradigm Capital Group
380 Lexinton Avenue, Suite 2020
New York, NY 10168


Park Place
145 W. Warm Springs
Las Vegas, NV 89119


Patricia Heath
1366 N. Dearborn, Unit 9A
Chicago, IL 60610


Patrick Scheckel
1915 Jefferson Street
Madison, WI 53711


Paul Chiapuris
1001 W. Madison, Unit 512
Chicago, IL 60607


Paul Keidan
Added Incentives Inc.
950 Skokie Boulevard, Suite 210
Northbrook, IL 60062


Paulette Gagliardo
730 Albany Avenue
Chicago, IL 60612

Perkinson Reprographics, Inc.
735 E. Brill St.
Phoenix, AZ 85006

Peter Block
Grubb & Ellis
9550 W. Higgins Road, Suite 1050
Rosemont, IL 60018

Peter Wolf and Sarah Strang
2148 Cuyler Avenue
Chicago, IL 60618

Philip J. Lyons
New Century Planners, LLC
35 E. Wacker Dr., Suite 3200
Chicago, IL 60610

Philip Liss
Peerless Rug Company
399 W. Fullerton Parkway
Chicago, IL 60614

Philip Lyons
Coordinated Financial Programming, Inc.
6444 N. Desert Wind Circle
Tucson, AZ 85750

Pitney Bowes
P.O. Box 856042
Louisville, KY 40285-6042

Plant Solutions
7255 E. Adobe Dr.
Scottsdale, AZ 85255

Rakesh Amin and Sonal Patel
333 West Hubbard, Unit 617
Chicago, IL 60610

Rakesh Amin and Sonal Patel
444 N. Orleans St., 4th Floor
Chicago, IL 60610

Ralph DiSilvestro
8649 W. Stolting Road
Niles, IL 60714

Regal Pointe LLC
217 N. Jefferson St.
1st Floor
Chicago, IL 60661

Richard and Lori Mitchell
1048 Arbor Lane
Glenview, IL 60025

Richard Bruder
566 Woodland Avenue
Hinsdale, IL 60502

Richard Schwartz and Robert I. Novasel
3170 Hwy. 50, Suite 10
South Lake Tahoe, CA 96150

Richard Werner
Repro Inc.
912 W. Washington Boulevard
Chicago, IL 60607

Rick Engineering Co.
6150 N. 16th St.
Phoenix, AZ 85016

Rick Smith
Priority Sports
325 N. LaSalle, #650
Chicago, IL 60610

Robert Funk
26W161 MacArthur Avenue
Wheaton, IL 60188

Ronald and Elizabeth Repking
191 Sunset Avenue
Glen Ellyn, IL 60137

Ronald and Susan Nick
630 N. State Street, Unit 2205
Chicago, IL 60610

Ronald Grais
Jenner & Block
330 N. Wabash
Chicago, IL 60611

Russell Novak
RNR - 1001 Madison Partners
225 W. Illinois Street, Suite 300
Chicago, IL 60610

Ruthel Weiss
7033 N. Kedzie Avenue, #916
Chicago, IL 60645

Rutledge Investment
360 W. Illinois, #601
Chicago, IL 60610

Samuel Bailey
As Trustee of the Samuel Bailey Trust
2663 North Marshfield
Chicago, IL 60614

Sara Gordon Kaskel
252 Oak Knoll Terrace
Highland Park, IL 60035

Scott Becker
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

Scott David
191 N. Wacker Dr., Suite 1800
Chicago, IL 60606

Seth Feldman
F2G2 Partnership
1263 Kenton Road
Deerfield, IL 60015

Seymour Frolichstein
Seymour R. Frolichstein Trust
50 E. Bellevue Place, Suite 2002-03
Chicago, IL 60611


Shein Investment Partners II
73 Venetian Way
Wheaton, IL 60187


Sheldon and Roberta Kurtz
2116 Trowbridge Ct.
Glenview, IL 60025


Sherwin Braun
1221 Brook Lane
Glenview, IL 60025


Shevlin Ciral
824 W. Castlewood Terrace
Chicago, IL 60640


Special Look Services
6431 E. Lone Mountain Road
Cave Creek, AZ 85331


Stark Burnham Pointe, LLC
3600 South Lake Drive
St. Francis, WI 53235


Stark Investments
3600 South Lake Drive
St. Francis, WI 53235


Stender Family Investments
Attn: Steve Stender
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606


Steve and Natasha Adelstein
Trillium
1228 North Avenue
Highland Park, IL 60035

Steve DeZara
Luna Carpet & Blinds
10 N. Davis
Bellwood, IL 60104


Steve Schwartz
191 N. Wacker Drive
Chicago, IL 60606


Steve Stender
c/o Much Shelist
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606


Steven A. Stender
Much Shelist Denenberg
191 N. Wacker Dr.
Suite 1800
Chicago, IL 60606


Steven Braverman
Braverman Holdings
113 Huyler Landing
Cresskill, NJ 07626


Steven Cohen
4048 N. Clark Street, Apt. G
Chicago, IL 60613-1983


Steven Goldish
Milton Industries, Inc.
4500 W. Cortland
Chicago, IL 60639


Steven Seidman
20 S. Clark Street, Suite 700
Chicago, IL 60603


Suzanne S. Ritter
4 Vernon Trail
Riverwoods, IL 60015


Swenson Realty Group
7150 E. Camelback Road, Suite 100
Scottsdale, AZ 85251

Sy and Susan Frolichstein
50 E. Bellevue Place, Unit 2002-03
Chicago, IL 60611


Ted Duncan
329 Ridgewood Avenue
Charlotte, NC 28209-1633


Terrapin Holdings, LLC
217 N. Jefferson
1st Floor
Chicago, IL 60611


Terrapin Properties
217 N. Jefferson St., 1st Floor
Chicago, IL 60661


Terrapin Properties LLC
217 N. Jefferson St.
Chicago, IL 60661


Terrapin Realty, LLC
217 N. Jefferson St.
1st Floor
Chicago, IL 60661


Terrapin Surprise, LLC
217 N. Jefferson
1st Floor
Chicago, IL 60611


Terrapin Taxman, LLC
c/o Sy Taxman
5215 Old Orchard Road, Suite 130
Skokie, IL 60077


Terrence Van Someren
Air-Rite Heating & Cooling, Inc.
100 Overland Drive
North Aurora, IL 60542


Terry Chapman
Abrams & Chapman
321 South Plymouth Court, #1200
Chicago, IL 60604-3990

The Campbell Collaborative
1747 E. Morten Ave., Suite 306
Phoenix, AZ 85020


Theodore J. Flodin
747 N. LaSalle Street, 6th Floor
Chicago, IL 60610


Tige Johnson
Bodicelli Holdings, LLC
446 North Wells, Suite 340
Chicago, IL 60610


Tim Spierowski
1329 N. Lathrop
River Forest, IL 60305


Toni Henricks
c/o Success Builders
109 First Street, Suite 200
Bloomingdale, IL 60108


Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60197-5855


Toyota Financial Services
P.O. Box 8026
Cedar Rapids, IA 52409-8026


Toyota Finanical Services
Asset Protection Department
P.O. Box 2958
Torrance, CA 90509-2958


United Communications Corporation
c/o CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604


US Bank
1310 Madrid St., Suite 101
Marshall, MN 56258-4002

Varin/Regal LLC
1694 First Street
Highland Park, IL 60035


We Energies
P.O. Box 2046
Milwaukee, WI 53201


Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306


Wendi Ezgur
2360 Woodpath Ln.
Highland Park, IL 60035


William Reed
RM Investments
60 Revere Drive #202
Northbrook, IL 60062


Williams & McCarthy
120 W. State St.
Rockford, IL 61105-0219


Zachary Fuchs
Deloitte Services
111 S. Wacker Drive, 32nd Floor
Chicago, IL 60606